# Bridges *v.* The State.

*Prosecution for Trespass After Warning.*

1. *Judgment necessary to support appeal.*—To support an appeal in a criminal case it is necessary that there should be a judgment of conviction entered upon the verdict of the jury. Judgment by confession for the fine and costs cannot be appealed from.

APPEAL from Pike Criminal Court.
Tried before Hon. E. B. WILKERSON.

The defendant was tried by a jury and convicted. But no judgment was rendered in the case except a judgment of confession for the fine and costs.

S. M. DINKINS, for appellant.

CHAS. G. BROWN, Attorney-General, for the State, cited *Ayers v. State,* 71 Ala. 11; *Nichols v. State,* 100 Ala. 23.

SHARPE, J.—In this record there is no judgment shown which will support an appeal. No judgment of conviction was entered upon the verdict and the judgment by confession for the fine and costs cannot be appealed from.—*Ayers v. State,* 71 Ala. 11; *Nichols v. State,* 100 Ala. 23.

The appeal must be dismissed.